# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-3096**　　　　　　　　　　　　　　　　　　　　**September Term, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**1:13-cr-00109-ESH-3**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Filed On: October 25, 2013** [1463005]

United States of America,

　　　　Appellee

　　v.

Darius McKeever,

　　　　Appellant

## O R D E R

　　The notice of appeal was filed on October 14, 2013, and docketed in this court on October 17, 2013. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs. It is, on the court's own motion,

　　**ORDERED** that

　　　　Mr. Robert S. Becker
　　　　Law Offices of Robert S. Becker
　　　　5505 Connecticut Avenue, NW
　　　　Suite 155
　　　　Washington, DC 20015

a member of the bar of this court, be appointed to represent appellant. It is

　　**FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | November 12, 2013 |
| Entry of Appearance Form | November 12, 2013 |
| Transcript Status Report | November 12, 2013 |

It is

　　**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-3096**　　　　　　　　　　　　　　　　**September Term, 2013**

three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

　　　**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　The Clerk is directed to transmit a copy of this order to Previously Appointed Counsel Nathan Silver. Previously Appointed Counsel is directed to transmit all papers in his possession, including any transcripts prepared under the Criminal Justice Act, to newly-appointed counsel as promptly as possible.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Jennifer M. Clark
　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
　　　Criminal Docketing Statement Form
　　　Entry of Appearance Form
　　　Transcript Status Report Form
　　　Instructional Cover Letter to Appointed Counsel
　　　CJA 20 Time and Expense Worksheets
　　　CJA 30 Time and Expense Worksheets