# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-3096**             **September Term, 2014**

1:13-cr-00109-ESH-2
1:13-cr-00109-ESH-3
1:13-cr-00109-ESH-1

**Filed On: April 2, 2015** [1545660]

United States of America,

    Appellee

    v.

Darius McKeever,

    Appellant

------------------------------

Consolidated with 13-3105, 13-3109

### O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | May 13, 2015 |
| Appendix | May 13, 2015 |
| Appellee's Brief | June 12, 2015 |
| Appellants' Reply Brief | June 26, 2015 |

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:    /s/
          Mark A. Butler
          Deputy Clerk